Christopher A. Ferguson, Esq.  (IN #27833-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  cferguson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA  94104
Telephone:  415-398-0200
Fax:  415-398-2820
E-Mail:  dstreza@vmbllp.com

*Local Counsel for Defendant Trans Union, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| WILLIAM GRAY,<br>        Plaintiff,<br><br>    vs.<br><br>TRANS UNION LLC,<br>        Defendant. | CASE NO. 5:17-cv-00165-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC** |

Plaintiff William Gray, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC – 5:17-CV-00165-EJD**

Respectfully submitted,

Date: April 19, 2017

*s/ Garrett Charity* (with consent)
Ashley Tuchman, Esq.
Garrett Charity, Esq.
McCarthy Law PLC
4250 North Drinkwater Blvd., Suite 320
Scottsdale, AZ  85251
Telephone:  (602) 456-8900
E-Mail: ashley.tuchman@mccarthylawyer.com
garrett.charity@mccarthylawyer.com

Date: April 19, 2017

*s/ Christopher A. Ferguson*
Christopher A. Ferguson, Esq.  (IN #27833-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  cferguson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*


David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA  94104
Telephone:  415-398-0200
Fax:  415-398-2820
E-Mail:  dstreza@vmbllp.com

*Local Counsel for Defendant Trans Union, LLC*

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC – 5:17-CV-00165-EJD**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice. Plaintiff William Gray and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: April 21, 2017

_____
JUDGE, United States District Court, Northern District of California

DISTRIBUTION TO:

| Ashley Tuchman, Esq.<br>ashley.tuchman@mccarthylawyer.com | Garrett F. Charity, Esq.<br>garrett.charity@mccarthylawyer.com |
|---|---|
| Christopher A. Ferguson, Esq.<br>cferguson@schuckitlaw.com | David J. Streza, Esq.<br>dstreza@vmbllp.com |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC – 5:17-CV-00165-EJD**